# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

In re: )
)
GREENFIELD ASSISTED LIVING ) Case No. 23-10373-BFK
OF WINCHESTER, LLC, ) Chapter 7
)
Debtor. )

## ORDER DENYING MOTION TO EXPEDITE HEARING

The Court has before it NB 333 W. Cork Street, LLC's Motion to Expedite Hearing (Docket No. 9) on its Motion to Dismiss Case, or in the Alternative, Suspend Bankruptcy Case (Docket No. 8). The Court will deny the Motion to Expedite based on insufficient cause for an expedited hearing.

It is, therefore, **ORDERED** as follows:

1. The motion to expedite hearing is DENIED.

2. The Clerk shall mail copies of this Order, or give electronic notice of its entry, to the parties listed below.

Date: Mar 16 2023 /s/ Brian F Kenney
Brian F. Kenney
Alexandria, Virginia United States Bankruptcy Judge

Entered On Docket: March 16, 2023

Copies to:

Greenfield Assisted Living of Winchester, LLC
125 N. Washington Street
Falls Church, VA 22046
*Chapter 7 Debtor*

David E. Lynn, Esquire
15245 Shady Grove Road, Suite 465 North
Rockville, MD 20850
*Counsel for Debtor*

Mathew Peponis
125 N. Washington Street
Falls Church, VA 22046
*Debtor Designee*

Kevin R. McCarthy
8508 Rehoboth Ct.
Vienna, VA 22182
*Chapter 7 Trustee*

1

Jonathan Grasso, Esquire
101 West Main Street, Ste. 101
Norfolk, VA 23510
*Counsel for NB 333 W. Cork Street, LLC*