# United States Bankruptcy Court
### Eastern District of Virginia
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number**   23−10373−BFK
**Chapter**   7
**Judge**   Brian F. Kenney

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Greenfield Assisted Living of Winchester, LLC
 125 N. Washington Street
Falls Church, VA 22046


Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: NA

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor:  81−1845121


## NOTICE OF FAILURE TO PROSECUTE

To:  Moving or Prevailing Party


        Upon a review of the above referenced case, or adversary proceeding, it appears that the parties may not be diligently prosecuting the following matter:

*8* − Motion to Dismiss Case Or In The Alternative, Suspend Bankruptcy Case filed by Jonathan Grasso of Pierce McCoy, PLLC on behalf of NB 333 W. Cork Street, LLC. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Exhibit I # 10 Exhibit J − Proposed Order) (Grasso, Jonathan)

*10* − Notice of Motion (Re: related document(s)8 Motion to Dismiss Case filed by NB 333 W. Cork Street, LLC, 9 Motion to Expedite Hearing filed by NB 333 W. Cork Street, LLC) filed by Jonathan Grasso of Pierce McCoy, PLLC on behalf of NB 333 W. Cork Street, LLC. (Grasso, Jonathan)


        NOTICE IS HEREBY GIVEN that unless there is some disposition made of this matter within fourteen (14) days from the date of this notice, or unless cause is shown, in writing, why no action has been taken, an order will be entered dismissing this matter for failure to prosecute to a conclusion.


Date:  March 23, 2023                               William C. Redden , Clerk
                                                    United States Bankruptcy Court

[ntcfailprosvJuly2013.jsp]                          By /s/ Dayna Marie Huntington
                                                    Deputy Clerk